```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

THE TIE BAR OPERATING COMPANY, LLC,

        Defendant.

22 Civ. 2663 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is directed to strike the documents at ECF Nos. 8, 9, and 10.

SO ORDERED.

Dated: April 18, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge